Case 4:24-cv-02550   Document 39   Filed on 06/23/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT PROSPER,  §  <br> Plaintiff, § <br> § <br> VS. § <br> § <br> HARRIS COUNTY, *et al.*, § <br> Defendants. § | CIVIL ACTION NO. 4:24-CV-02550 |

## ORDER

On August 12, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 18). Judge Bryan filed a Memorandum and Recommendation on May 29, 2025, recommending that Defendant Harris County's Motion to Dismiss (Dkt. 25) and Defendant City of Houston's Motion to Dismiss (Dkt. 26) be **GRANTED**. (Dkt. 36).

On June 9, 2025, Plaintiff filed his objections. (Dkt. 37). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; see also FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the Memorandum and Recommendation, the pleadings, and the record. Plaintiff's objections (Dkt. 37) are **OVERRULED**. The Court **ACCEPTS** Judge Bryan's Memorandum and

Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bryan's Memorandum and Recommendation (Dkt. 36) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Harris County's Motion to Dismiss (Dkt. 25) is **GRANTED** and the City of Houston's Motion to Dismiss (Dkt. 26) is **GRANTED**;

(3) Plaintiff's claims against C.M. Blackburn are **DISMISSED without PREJUDICE** for want of prosecution;

(4) Plaintiff's state-law claims against Defendants are **DISMISSED without PREJUDICE** for lack of jurisdiction; and

(5) Plaintiff's remaining claims against Defendants are **DISMISSED with PREJUDICE** for failure to state a claim.

It is so **ORDERED**.

SIGNED at Houston, Texas on June 23, 2025.

*[signature]*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE